**MILMAN LABUDA LAW GROUP PLLC**
3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

Author: Jamie S. Felsen - Partner
E-Mail Address: jamie@mllaborlaw.com
Direct Dial: (516) 303-1391

<u>**Via ECF**</u>

January 27, 2016

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re:   **Perez-White et al. v. Advanced Dermatology of New York, P.C., et al.**
      <u>**SDNY Case No.: 15-4858**</u>

Dear Judge Gardephe:

This firm represents Defendants in the above-referenced matter.

Today, I sent checks to Plaintiffs' counsel, Michael Taubenfeld via Federal Express payable to the Plaintiffs in the following amounts that constitute the unconditional tender of full relief for Plaintiffs' first, second, fourth, and fifth causes of action in the Amended Complaint:

- Martha Santos: $1,632.53;

- Kathy Perez-White: $17,503.55; and

- Barbara Rodriguez: $19,257.01 (inclusive of pre-judgment interest for her New York Labor Law claims that do not coincide with her Fair Labor Standards Act claims).

**(A copy of the letter and checks sent to Mr. Taubenfeld are annexed hereto).**

In their opposition to Defendants' motion to dismiss the Amended Complaint, Plaintiffs conceded to the Court that these amounts constitute full relief for their first, second, fourth, and fifth causes of action.[1]

---

[1] Defendants have computed and added the pre-judgment interest to the tender of full relief to Ms. Rodriguez (Defendants previously offered the prejudgment interest in the Offer of Judgment and have now calculated the amount of interest and provided payment for same).

As in <u>California v. San Pablo & Tulare R. Co.</u>, 149 U. S. 308, 13 S. Ct. 876, 37 L. Ed. 747 (1893), <u>Little v. Bowers</u>, 134 U. S. 547, 10 S. Ct. 620, 33 L. Ed. 1016 (1890), <u>San Mateo County v. Southern Pacific R. Co.</u>, 116 U. S. 138, 6 S. Ct. 317, 29 L. Ed. 589 (1885), <u>Alvarez v. Smith</u>, 558 U.S. 87 (2009), and <u>Already, LLC v. Nike, Inc.</u>, 568 U.S. __, 133 S. Ct. 721, 184 L. Ed. 2d 553 (2013) (as discussed in <u>Campbell-Ewald Co. v. Gomez</u>, 2016 U.S. LEXIS 846 (U.S. 2016)), the actual tender of full relief to Plaintiffs warrants dismissal of their claims.

Accordingly, because Defendants have tendered full relief to Plaintiffs, Defendants respectfully request that the Court dismiss these claims with prejudice for lack of jurisdiction as the claims are now moot.[2]

Respectfully submitted,

<u>/s/ Jamie S. Felsen</u>

Enclosure

cc: Michael Taubenfeld, Esq. (via ECF)

---

[2] To the extent that a judgment must first be entered by the Court in order to dismiss these claims, Defendants alternatively request that the Court enter judgment in favor of Plaintiffs in these amounts and dismiss these claims with prejudice.

# MILMAN LABUDA LAW GROUP PLLC

3000 MARCUS AVENUE
SUITE 3W8
LAKE SUCCESS, NEW YORK 11042

TELEPHONE (516) 328-8899
FACSIMILE (516) 328-0082

Author: Jamie S. Felsen - Partner
Direct E-Mail Address: jamiefelsen@mllaborlaw.com
Direct Dial: (516) 303-1391

<u>**Via Federal Express**</u>

January 27, 2016

Michael Taubenfeld, Esq.
Serrins Fisher, LLP
233 Broadway #2340
New York, NY 10279

Re:   Perez-White et al. v. Advanced Dermatology of New York, P.C., et al.
      SDNY Case No.: 15-4858

Dear Mr. Taubenfeld:

Enclosed are checks payable to the Plaintiffs in the following amounts that constitute the unconditional tender of full relief for Plaintiffs' first, second, fourth, and fifth causes of action in the Amended Complaint:

- Martha Santos: $1,632.53;

- Kathy Perez-White: $17,503.55; and

- Barbara Rodriguez: $19,257.01(inclusive of pre-judgment interest for her New York Labor Law claims that do not coincide with her Fair Labor Standards Act claims).

Very truly yours,

MILMAN LABUDA LAW GROUP PLLC

Jamie S. Felsen

Enclosures

---

**ADVANCED DERMATOLOGY ASSOCIATES**
200 CENTRAL PARK SOUTH, SUITE 107
NEW YORK, NY 10019
PH. 212-262-2500

9972

Signature Bank
Private Client Group 123
923 Broadway
Woodmere, NY 11598

1-1357-260

1/26/2016

PAY TO THE ORDER OF  Martha Santos           $ **1,632.53

One Thousand Six Hundred Thirty-Two and 53/100******         DOLLARS

MEMO _____  AUTHORIZED SIGNATURE

⑈009972⑈ ⑆026013576⑆ 150122724⑈

---

**ADVANCED DERMATOLOGY ASSOCIATES**
200 CENTRAL PARK SOUTH, SUITE 107
NEW YORK, NY 10019
PH. 212-262-2500

9970

Signature Bank
Private Client Group 123
923 Broadway
Woodmere, NY 11598

1-1357-260

1/26/2016

PAY TO THE ORDER OF  Kathy White            $ **17,503.55

Seventeen Thousand Five Hundred Three and 55/100******         DOLLARS

MEMO _____  AUTHORIZED SIGNATURE

⑈009970⑈ ⑆026013576⑆ 150122724⑈

---

**ADVANCED DERMATOLOGY ASSOCIATES**
200 CENTRAL PARK SOUTH, SUITE 107
NEW YORK, NY 10019
PH. 212-262-2500

9971

Signature Bank
Private Client Group 123
923 Broadway
Woodmere, NY 11598

1-1357-260

1/26/2016

PAY TO THE ORDER OF  Barbara Rodriguez           $ **19,257.01

Nineteen Thousand Two Hundred Fifty-Seven and 01/100******         DOLLARS

MEMO  wa  _____  AUTHORIZED SIGNATURE

⑈009971⑈ ⑆026013576⑆ 150122724⑈



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.